## UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
#### ORLANDO DIVISION

SUSANNE SEVERSON,

        Plaintiff,

v.                                                Case No:   6:24-cv-1639-RBD-LHP

TOWN OF PONCE INLET,

        Defendant

_____

### ORDER

Before the Court is Plaintiff's Motion to Compel, for *In Camera* Review of Privileged Documents and for Leave Take Mike Disher's Deposition After the Discovery Deadline.   Doc. No. 31.   On review, the motion is **DENIED**.   The motion, filed at 10:16 p.m. on the last day of discovery,[1] fails to comply with the Standing Order on Discovery Motions.   *See* Doc. No. 25; *see also* Doc. No. 24, at 10 (requiring compliance "with any discovery standing orders entered by the assigned Magistrate Judge").   Given that discovery is now closed, and absent an extension of the discovery deadline granted on a properly supported motion, Plaintiff's motion may not be renewed.   *See* Doc. No. 24, at 10 ("The parties are advised that

---

[1] A discovery deadline that the parties requested, *see* Doc. No. 20, at 2.

the Court routinely denies motions to compel that are filed after the discovery deadline as untimely.").

DONE and ORDERED in Orlando, Florida on October 22, 2025.

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record